UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/3/2020
```

UNITED STATES OF AMERICA,

v.

GEORGE REID,

            Defendant.

No. 12-cr-887 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the attached letter from Defendant George Reid, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Mr. Reid states in his letter that he "suffer[s] from [a]sthma and [is] prescribed two inhalers to maintain [his] everyday [a]ctivities." To the extent that Mr. Reid would like the Court to consider any medical records regarding his asthma, he shall submit such records to the Court. Mr. Reid is further directed to advise the Court whether he has sought compassionate release from the BOP, and if so, when he made that request and whether he has received a response.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Sanders.

SO ORDERED.

Dated:    August 3, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge

TO: Hon. Judge Ronnie Abrams.
July 15th, 2020

    Greetings yourhonor, im writing to you in Lew of the Covid-19/Corona virus and it's threat to people with pre-Existing respitory illneses. I suffer from Asthma and im prescribed two inhalers to maintain my everyday Activities. One is called "Asmanex", in which I use to prevent an Attack, It is a Steroid type of Powder. The Second is called "ProAir HFA". It is a Albuteral-Sulfate Inhalation Aerosol.

    It is my understanding that under the compassionate release Situation going on with the Corona virus and at risk inmates housed in f.b.o.p. It is up to my judge to determine if I can be released earlier than my already Schedualed release of 9-30-20 which is in Seventy and some odd days.

    I Appreciate your dicission and time in my Consideration during this dangerous time we are going through now, and hope you and your family are Sheltered from this pandemic

                  Thank you in advance

                  George Reid #67519-054