```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GEORGE REID,

Defendant.

No. 12-cr-887 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 3, 2020, the Court issued an Order attaching a letter from Defendant George Reid, dated July 15, 2020, which it construed as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19.  Dkt. 43.  Mr. Reid states in his letter that he "suffer[s] from [a]sthma and [is] prescribed two inhalers to maintain [his] everyday [a]ctivities."  The Court stated that to the extent that Mr. Reid would like the Court to consider any medical records regarding his asthma, he shall submit such records to the Court.  It further directed Mr. Reid to advise the Court whether he has sought compassionate release from the BOP, and if so, when he made that request and whether he has received a response.

To date, the Court has not received a letter from Mr. Reid in response to its August 3, 2020 Order.  On September 16, 2020, however, the Court received the attached two letters, dated July 15, 2020 and August 9, 2020.  The letters appear to be virtually identical to the letter the Court previously received and attached to its August 3, 2020 Order.  Accordingly, the Court hereby reminds Mr. Reid that he shall promptly file a letter in response to the Court's August 3, 2020 Order.  Such letter shall (1) provide copies of any medical records that Mr. Reid would like the

Court to consider regarding his asthma, and (2) advise the Court whether he has sought compassionate release from the BOP, and if so, when he made that request and whether he has received a response.

The Clerk of Court is respectfully directed to mail a copy of this letter to Mr. Reid.

SO ORDERED.

Dated:    September 17, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge

To: Hon. Judge Ronnie Abrams
July 15, 2020

Greetings your honor, I'm writing to you in Lew of the corona virus and it's threat to people with pre-Existing respitory illneses. I suffer from Asthma and im prescribed 2 inhalers to "maintain my everyday Activities. ONE is call "Asmanex" in which I use to prevent an attack. It is a steroid type of powder. The second is called "proair HFA". It is an "Albuterol sulfate inhalation Aerosol."

It is my understanding that under the compassionete release Act going on with the corona virus and at risk inmates housed in f.b.o.p. It is up to my Judge to determine if I can be released earlier then my Already scheduled release date.

I Appreciate your decission and time for considering me during this dangerous time we are going through Now, and hope you and your family are sheltered from this pandemic Also.

THANK you

George Reid #67519-054

INMATE NAME/NUMBER: George Reid #67519-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD F.C.I
P.O. BOX 2000
WHITE DEER, PA 17887

Legal
mail

TO: Hon. Judge Ronnie Abrams
500 Pearl St.
New York, N.Y. 10007

JUL 28 2020

10007-131699

To: Hon. Judge Ronnie Abrams                    -8-9-20-

Greetings your honor, I'm writing to you in lew of the corona virus and it's threat to people with pre-Existing respitory illneses. I suffer from Asthma and I am Prescribed two inhalers to maintain my everyday Activities. One is called "Asmanex" in which I use to prevent an Attack. It is a steroid type of Powder. The second is called "Proair HFA". It is an Albuterol Sulfate Inhalation Aerosol.

It is my understanding that under the compassionate release situation going on with the covid-19/corona virus and At Risk inmates housed in FBoP. It is up to my Judge to determine if I can be released earlier then my Already Scheduled release Date. I Am serving a 24 month violation with more than Half completed. Actualy Approx. 80-85% Completed.

I Appreciate your time and professionalizm in this time of Hardship and hope that you and your family are safe in this Pandemic.

Thank you in Advance.

George Reid #67518-054

COUNTER 2
U.S. COURT OF APPEALS
CLERK'S OFFICE

2020 AUG 14 PM 4:39

RECEIVED

INMATE NAME/NUMBER: George Reid #67519-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD F.C.I.
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171

10 AUG 2020 PM 6 L



Legal
Mail

USM 40LD
SDNY

Thurgood Marshall United States Courthouse
40 Centre Street 18th floor
New York, N.Y. 10007-1501

10007-150729

INMATE NAME/NUMBER: George Reid #67519-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD F.C.I.
P.O. BOX 2000
WHITE DEER, PA 17887

Legal
Mail

USM
40LD
SDNY

10007-150723

HARRISBURG PA 171

10 AUG 2020 PM 5 L

Thurgood Marshall United States Courthouse
40 Centre Street 18th floor
New york, N.y. 10007-1501

PURPLE HEART
FOREVER USA