# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2021

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The conference is adjourned to March 5, 2021 at 11:30 a.m. and will be held by telephone.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 25, 2021

**Re:  *United States v. George Reid*, 12 Cr. 877 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court adjourn tomorrow's VOSR conference to next week. The reason for this request is that, as of now, Mr. Reid does not have access to a telephone and so is unable to call in for his appearance, and I have been unable to instruct him to come to my office to make the call together. Mr. Reid is currently residing at a hotel serving as a homeless shelter and there are no phones in the rooms. He is making efforts to obtain a cell phone. I am hopeful he will have one by next week and will be able to call in for a court appearance. Alternatively, Mr. Reid can appear in-person at a conference next week if the Court prefers (if so, PO Gonzalez has indicated he is available mornings).

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Jonathan Bodansky, Esq.
    PO Raymond Gonzalez